IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

      Plaintiff,                      No. CIV S-08-2802 EFB P

      vs.

WILLIAM H. KENNEDY, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, it appears that at least one defendant is located in San Diego County, where the events giving rise to this action occurred. San Diego County is in the Southern District of California. 28 U.S.C. § 84(d). Therefore, in the interest of justice, this action is transferred to the

1

1 | United States District Court for the Southern District of California. *See* 28 U.S.C. § 1404(a);
2 | *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
3 |     So ordered.
4 | Dated: January 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE